Argued and submitted August 31, affirmed September 27, 1995

STATE OF OREGON,
*Respondent,*

*v.*

CHARLES WAYNE CRUM,
*Appellant.*

(94CR-0689; CA A84796)

902 P2d 138

Eric M. Cumfer, Deputy Public Defender, argued the cause for appellant. With him on the briefs was Sally L. Avera, Public Defender.

Jonathan H. Fussner, Assistant Attorney General, argued the cause for respondent. With him on the briefs were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Affirmed. *State v. Prickett*, 136 Or App 559, 902 P2d 621 (1995).